*✓# 620467   # 128170*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                *          CASE # 05-32002 S
                                                 CHAPTER 13
                                      *
Tucker, Leslie Nadine
Debtor                                *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee voided several <u>returned</u> disbursement checks from the United States Postal Service, "marked return to sender".

2. The balance of funds for the creditor in the amount of **$177.15** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "paid in full".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 313401 | Time Warner Cable<br>306 N. Main Street<br>Delphos, Oh 45833 | 21.76 | 6/29/07 |
| #327492 | Time Warner Cable<br>P O Box 741887<br>Cincinnati, Oh 45274-1887 | 21.76 | 8/31/07 |
| Funds on Hand | Time Warner Cable<br>(same as above) | 133.63 | --- |

3. Your trustee's check #620467 for a total balance due of <u>$177.15</u> payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 12/16/09

John P. Gustafson
Trustee in Bankruptcy